DocuSign Envelope ID: 96C1B2AF-CD71-4C72-A39B-434E2CE31816

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hauwin Enterprises, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Beeville Memorial Park Cemetery<br>Memory Gardens Cemetery<br>Golden Sunset Cemetery<br>Memorial Park Cemetery<br>Grace Memorial Chapel |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-5556774 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2401 Houston Highway | 477 Waco Circle |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Victoria        TX        77901 | Victoria        TX        77904 |
| City        State        ZIP Code | City        State        ZIP Code |
| | |
| Victoria County | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number        Street |
| | |
| | City        State        ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor  Hauwin Enterprises, Inc.
_____  Case number (if known)_____
Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

8122____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY

          District _____ When _____ Case number _____
                                         MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

          District _____ When _____
                                                              MM  /  DD  / YYYY

          Case number, if known _____

---

| Debtor | Hauwin Enterprises, Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number          Street

_____

_____

City                                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name          _____

Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Hauwin Enterprises, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2024
                      MM / DD / YYYY

✗ _Charles Hauboldt_                                    Charles Hauboldt III
DocuSigned by
56822B2159934EE...
Signature of authorized representative of debtor         Printed name

Title  President

---

**18. Signature of attorney**

✗ /s/ Leonard H. Simon                           Date   05/31/2024
Signature of attorney for debtor                              MM / DD / YYYY

Leonard Simon
Printed name
Pendergraft & Simon LLP
Firm name
2777 Allen Parkway Suite 800
Number        Street
Houston                                          TX        77019
City                                             State     ZIP Code

713-528-8555                                     lsimon@pendergraftsimon.com
Contact phone                                    Email address

18387400                                         TX
Bar number                                       State

---

United States Bankruptcy Court

Southern District of Texas

In re:   Hauwin Enterprises, Inc.

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   05/31/2024

DocuSigned by:

*Charles Hauboldt*

58822B2159934EE...

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

Bulin C4 Lawn Service
c/o Raul Sauceda
PO Box 171
Placedo, TX 77977

Charles Hauboldt III
209 Woodbridge Dr.
Victoria, TX 77901

Crossroads Mortuary Services, LLC
477 Waco Circle
Victoria, TX 77901

Fora Financial Advance LLC
519 Eighth Ave., 11th Floor
New York, NY 10018

Grace Funeral Home, Inc.
2401 Houston Highway
Victoria, TX 77901

Heather Hauboldt
209 Woodbridge Dr.
Victoria, TX 77901

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Martus Stone Monuments
8989 Highway 19
Elkhart, TX 75839

Matthews Cemetery Products
1315 W. Liberty Ave.
Pittsburgh, PA 15226

Prosperity Bank
80 Sugar Creek Center Blvd.
Sugar Land, TX 77478

Rhonda Mates
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac, Suite 320
Houston, TX 77002

Rupert Barron and/or Sarah A. Samuel
Hirsch & Westheimer, PC
1415 Louisiana, 36th Floor
Houston, TX 77002

Seth Kretzer, Receiver
917 Franklin, 6th Floor
Houston, TX 77002

SL Funding 5 LLC
500 W. 5th Street, Suite 1010
Austin, TX 78701

Stephen M. Loftin and/or Jay N. Gross
Hicks Thomas LLP
700 Louisiana, Suite 2000
Houston, TX 77002

Texas Department of Banking
2601 N. Lamar
Austin, TX 78705

Texas Service Life Insurance Company
PO Box 341899
Austin, TX 78734

Texas Service Life Insurance Company
c/o Hicks Thomas LLP
700 Louisiana, Suite 2000
Houston, TX 77002

Victoria County Tax Assessor-Collector
PO Box 2569
Victoria, TX 77902

Wilbert Vaults of Houston LLC
10645 Aldine Westfield Rd.
Houston, TX 77093

Wise Products, Inc.
8819 U.S. Hwy. 87 North
Victoria, TX 77904